*Motion Granted.*

*s/Jeffrey J. Helmick*
**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 3:20-CR-438 |
| Plaintiff, | : | JUDGE JEFFREY J. HELMICK |
| -vs- | : | **MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| JOHN DAVID LEWIS, | : | |
| Defendant. | : | |

Now comes Defendant John David Lewis, by and through counsel, and respectfully requests that this Court grant him leave to file his Sentencing Memorandum under seal.

Mr. Lewis is requesting that the Sentencing Memorandum be filed under seal because there is sensitive information contained in the Memorandum. Further, Mr. Lewis would like the opportunity to freely communicate to the Court the necessary sensitive information without concern that it may be read by other parties.

WHEREFORE, Mr. Lewis requests leave of this Court to file his Sentencing Memorandum under seal.

Respectfully submitted,
Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*/s/ Donna M. Grill*
Donna M. Grill (0062141)
Krysten E. Beech (0094020)
617 Adams St.
Toledo, Ohio 43604
Phone: (419) 259-7370
Fax: (419) 259-7375
donna_grill@fd.org
krysten_beech@fd.org